Alice Lennon, as Administratrix, etc., of John F. Lennon, Deceased, Respondent, v. John Weser, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Julia I. Lewis, an Infant, by George A. Lewis, Her Guardian ad Litem, Appellant, v. New York and Queens County Railway Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

George A. Lewis, Appellant, v. New York and Queens County Railway Company, Respondent.—Judgment and order affirmed, with costs. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

John Wolf, Respondent, v. Brooklyn Heights Railroad Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Hooker, Gaynor and Rich, JJ., concurred; Miller, J., dissented; Hirschberg, P. J., not voting.

Aaron J. Woodman, Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Order modified so as to grant a new trial on condition that the defendant pay the costs and disbursements of the trial; otherwise motion denied, with ten dollars costs, and as thus modified affirmed, without costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mary E. Beck, Respondent, v. Carrie Beck and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Barney Cohen, Respondent, v. Isaac Regierer and Another, Appellants.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Louis Cottler and Another, Appellants, v. Morris Wiener, Respondent.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Edward J. Gozzett, Respondent, v. Albert Plaut and Joseph Plaut, Appellants.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Stephen M. Hoye, Respondent, v. Pennsylvania Railroad Company, Appellant, and Westcott Express Company, Defendant.— Motion to resettle order granted on reargument, without costs. Present — Woodward, Jenks, Hooker and Rich, JJ.

In the Matter of the Application of James Bernard O'Keefe for Admission to the Bar.— Application granted and order signed. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Frank J. Kujava, Respondent, v. Walter E. Irving, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.